

November 20, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 0 1 2015

Abel Acosta, Clerk

Court of Criminal Appeals
Attn: Court Clerk
PO Box 12405
Austin, Texas 78711

Re: NO. PD1608-14
     State of Texas vs. ARIEL MARTINEZ

Dear Court Clerk:

I hope this letter finds you in good health and spirit. Happy Thanksgiving!

The reason for my letter is to request if my attorney:

Ruben P. Morales
718 Myrtle Ave.
El Paso, Texas 79901
Texas Bar No. 14419100
915-542-0388
915-225-5132 fax

has filed a "re-hearing" for the No. PD1608-14. Please send me what my current attorney has briefed, motioned, or filed for the above PDR.

Thank you for taking time to fufil my request and respond in a considerable time.

Respectfully,

Ariel Martinez #1798739
Allred Unit
2101 FM 369 North
Iowa Park, Texas 76367